NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1051

ASPEX EYEWEAR, INC., and CONTOUR OPTIK, INC.,

Plaintiffs-Appellants,

v.

E'LITE OPTIK, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Texas in case no. 02-CV-634, Judge Sidney A. Fitzwater.

ON MOTION

O R D E R

The court notes that E'Lite Optik, Inc. has not filed a status report.

The court's March 31, 2009 order directed E'Lite Optik to file a status report every 60 days and within 21 days after the bankruptcy proceedings are completed or the stay has been lifted.

Upon consideration thereof,

IT IS ORDERED THAT:

E'Lite Optik is directed to file a status report within 30 days of the date of filing of this order and every 60 days thereafter. E'Lite Optik is further directed to file a status

report within 21 days after the bankruptcy proceedings are completed or the stay has been lifted. Aspex Eyewear, Inc. et al. may also respond within that time.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael A. Nicodema, Esq.
Daniel V. Thompson, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK